IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE TERRELL RADFORD,**                                                         **PLAINTIFF**
**ADC #655432**

v.                              **CASE NO: 4:21CV00905-JM-JTK**

**DEXTER PAYNE, et al.**                                                         **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Radford's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.[1]

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's official capacity damages claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2.      Plaintiff's false disciplinary claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

3.      Plaintiff's parole-related claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

4.      Plaintiff's equal protection claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

---

[1] In his Objections, Plaintiff claims that Defendant Washington was incorrectly referred to as Mr. Washington in the Proposed Findings and Recommended Disposition. The Court notes Plaintiff's objection and will refer to Defendant Washington as Ms. Washington in the future.

      5.      Defendants Payne, Clark, Waddle, and Shipman are DISISSED without prejudice as parties from this action.

      6.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations would not be taken in good faith.

DATED this 29th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE