# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JESSIE TERRELL RADFORD,**  **PLAINTIFF**
ADC #655432

v.   CASE NO: 4:21CV00905-JM-JTK

**DEXTER PAYNE, et al.**   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration of the pleadings including Plaintiff's supplement to the Motion for Preliminary Injunction, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. No. 23) is DENIED.

DATED this 28th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE