IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE TERRELL RADFORD,**                                                                 **PLAINTIFF**
ADC #655432

v.                           CASE NO: 4:21CV00905-JM-JTK

**DEXTER PAYNE, et al.**                                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. Mr. Radford filed an objection on April 14, 2022. Mr. Radford attaches two grievances to his objections: VSM21-00857 and VSM22-00226. In Grievance VSM21-00857 Mr. Radford complains that Major Carroll failed to sell him enough postage stamps. Grievance VSM21-857 is not relevant to this case. In Grievance VSM22-00226 dated January, 2022, Mr. Radford complains that he was held in isolation for excessive days. Mr. Radford wrote Grievance VSM22-00226 after he filed this case. Mr. Radford has not provided any evidence to the contrary. After carefully considering Mr. Radford's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment on the issue of exhaustion (Doc. No. 42) is GRANTED.

2. Plaintiff's claims against Defendants Carroll and Washington are DISMISSED without prejudice for failure to exhaust.

3. Defendants Carroll and Washington are DISMISSED as parties from this lawsuit.

4. Plaintiff's Complaint, as amended (Doc. No. 9) is DISMISSED without prejudice.

Dated this 26th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE