### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JESSIE TERRELL RADFORD,**                                                           **PLAINTIFF**
**ADC #655432**

**v.**                                                    **CASE NO: 4:21CV00905-JM**

**DEXTER PAYNE, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 26th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE